1  BRIAN T. McMILLAN, Bar No. 111890
   TODD K. BOYER, Bar No. 203132
2  LITTLER MENDELSON
   A Professional Corporation
3  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
4  Telephone:   408.998.4150

5  Attorneys for Defendant
   PROMPT FOOD SERVICE, INC. AND FRANK
6  HERNANDEZ

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 FLORINE HOLMES,                      | Case No. C09-04785
11          Plaintiff,                  | STIPULATION AND [PROPOSED]
                                        | ORDER ALLOW DEFENDANTS PROMPT
12     v.                               | FOOD SERVICE, INC. AND FRANK
                                        | HERNANDEZ ADDITIONAL TIME
13 DENNY'S INC., PROMPT FOOD            | WITHIN WHICH TO FILE RESPONSIVE
   SERVICE, INC., CB DEVELOPMENT        | PLEADING TO PLAINTIFF'S
14 #5, INC., FRANK HERNANDEZ, AND       | COMPLAINT
   DOES 1-10, INCLUSIVE,
15
            Defendant.
16

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W San Fernando, 15th Floor
San Jose, CA  95113 2303
408 998 4150

CASE NO. C09-04785

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendants PROMPT FOOD SERVICE, INC. and FRANK HERNANDEZ (hereinafter "Defendants"), and Plaintiff FLORINE HOLMES hereby stipulate to allow Defendants until November 9, 2009, to file a responsive pleading in the above-entitled action.

Dated:   October 29, 2009

_____
PAUL L. REIN
LAW OFFICES OF PAUL REIN
Attorney for PLAINTIFF

Dated:   October 30, 2009

_____
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PROMPT FOOD SERVICE, INC. AND
FRANK HERNANDEZ

## ORDER

Good cause appearing, the parties stipulation to allow Defendants PROMPT FOOD SERVICE, INC. and FRANK HERNANDEZ until November 9, 2009, to file a responsive pleading to Plaintiff's Complaint is hereby GRANTED. Defendants PROMPT FOOD SERVICE, INC. and FRANK HERNANDEZ's responsive pleading shall be filed no later than November 9, 2009.

Dated: 11/13/09

_____
Hon. Saundra Brown Armstrong
United States District Judge

Firmwide:92713060.1 064073.1001

CASE NO. C09-04785                    2.

STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING