1    BRIAN T. McMILLAN, Bar No. 111890
     TODD K. BOYER, Bar No. 203132
2    LITTLER MENDELSON
     A Professional Corporation
3    50 W. San Fernando, 15th Floor
     San Jose, CA  95113.2303
4    Telephone:    408.998.4150

5    Attorneys for Defendant
     DENNY'S, INC., PROMPT FOOD SERVICE, INC.
6    AND FRANK HERNANDEZ

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10   FLORINE HOLMES,                          Case No.  C09-04785

11                  Plaintiff,                STIPULATION AND [PROPOSED]
                                              ORDER ALLOW DEFENDANT DENNY'S,
12          v.                                INC., TO FILE ANSWER AND ALLOW
                                              PROMPT FOOD SERVICE, INC. AND
13   DENNY'S INC., PROMPT FOOD                FRANK HERNANDEZ TO FILE
     SERVICE, INC., CB DEVELOPMENT            AMENDED ANSWER TO PLAINTIFF'S
14   #5, INC., FRANK HERNANDEZ, AND           COMPLAINT
     DOES 1-10, INCLUSIVE,
15
                  Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
0 W. San Fernando  15th Floor
San Jose  CA  95113 2303
408 998 4150

CASE NO. C09-04785

STIPULATION AND ORDER TO FILE AMENDED ANSWER

1    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, Defendants

2  DENNY'S, INC. PROMPT FOOD SERVICE, INC. and FRANK HERNANDEZ (hereinafter

3  "Defendants"), and Plaintiff FLORINE HOLMES hereby stipulate to allow Defendants to amend

4  their Answer to allow Defendant Denny's, Inc. and opportunity to appear in the action and to answer

5  to Plaintiff's Complaint. Defendants shall have until December 2, 2009, to file an amended answer

6  in the above-entitled action.

7  Dated: November 19, 2009

8

9

   _____
10  PAUL L. REIN
    LAW OFFICES OF PAUL REIN
11  Attorney for PLAINTIFF

12  Dated: November 19, 2009

13

14
   _____
   TODD K. BOYER
15  LITTLER MENDELSON
    A Professional Corporation
16  Attorneys for Defendant
    DENNY'S INC., PROMPT FOOD SERVICE,
17  INC. AND FRANK HERNANDEZ

18                              **ORDER**

19       Good cause appearing, the parties stipulation to allow Defendants DENNY'S, INC.,

20  to appear in the action and answer the Complaint and to allow PROMPT FOOD SERVICE, INC.

21  and FRANK HERNANDEZ until December 2, 2009, to file an AMENDED responsive pleading to

22  Plaintiff's Complaint is hereby GRANTED. Defendants DENNY'S, INC., PROMPT FOOD

23  SERVICE, INC. and FRANK HERNANDEZ's amended answer shall be filed no later than

24  December 2, 2009.

25  Dated: 11/30/09 _____

26                              _____
                              Hon. Saundra Brown Armstrong
27                              United States District Judge

    Firmwide:92713060.1 064073.1001
28

LITTLER MENDELSON
A Professional Corporation
O P San Fernando 13th Floor
San Jose, CA 95113 2403
408.998.4150

CASE NO. C09-04785                              2.

STIPULATION AND ORDER TO FILE AMENDED ANSWER