PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

BRIAN GEARINGER, Esq. (SBN 146125)
GEARINGER LAW GROUP
825 Van Ness Ave., 4th Floor
San Francisco, CA 94109-7891
Telephone: 415/440-3175
Facsimile: 415/440-3103
brian@gearingerlaw.com

Attorneys for Plaintiff
FLORINE HOLMES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORINE HOLMES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DENNY'S, INC.; PROMPT FOOD SERVICE, INC.; C B DEVELOPMENT #5, INC.; FRANK HERNANDEZ; AND DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants.<br>_____/ | CASE NO. C09-4785 SBA<br><u>Civil Rights</u><br><br>**STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT CB DEVELOPMENT #5 ONLY AND ORDER** |

　　　　IT IS HEREBY STIPULATED by and between the parties to the above-captioned action through their designated counsel that plaintiff FLORINE HOLMES' claims against defendant CB DEVELOPMENT #5 <u>only</u> in the above-captioned action be dismissed without prejudice pursuant to FRCP 41(a)(1).

//

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 09-4785 SBA                                                        1                     C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\STIPULATION TO DISMISS CB DEV #5.PL.wpd

Dated: January __, 2010        LAW OFFICES OF PAUL L. REIN
                                GEARINGER LAW GROUP


                                _____
                                By PAUL L. REIN
                                Attorneys for Plaintiff
                                FLORINE HOLMES


Dated: January __, 2009         LITTLER MENDELSON, P.C.


                                _____
                                By TODD K. BOYER
                                Attorneys for Defendants
                                DENNY'S, INC.; PROMPT FOOD
                                SERVICE, INC.; C B DEVELOPMENT
                                #5, INC.; and FRANK HERNANDEZ




## ORDER

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: January 13, 2010         _____
                                SAUNDRA B. ARMSTRONG
                                United States District Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
CASE NO. 09-4785 SBA                                    2
C:\Documents and Settings\Workstation\Local Settings\Temp\notes06E812\STIPULATION TO DISMISS CB DEV #5.PL.wpd