| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | BRIAN T. McMILLAN, Bar No. 111890<br>TODD K. BOYER, Bar No. 203132<br>LITTLER MENDELSON<br>A Professional Corporation<br>50 W. San Fernando, 15th Floor<br>San Jose, CA 95113.2303<br>Telephone: 408.998.4150<br><br>Attorneys for Defendant<br>DENNY'S, INC., PROMPT FOOD SERVICE, INC.<br>AND FRANK HERNANDEZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORINE HOLMES,<br><br>              Plaintiff,<br><br>v.<br><br>DENNY'S INC., PROMPT FOOD SERVICE, INC., CB DEVELOPMENT #5, INC., FRANK HERNANDEZ, AND DOES 1-10, INCLUSIVE,<br><br>              Defendant. | Case No. C09-04785<br><br>**STIPULATION AND ORDER TO TRANSFER THE CASE TO THE SAN JOSE DIVISION OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO LOCAL RULE 3-2(F)** |

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-04785

STIPULATION AND ORDER TO TRANSFER CASE TO SAN JOSE DIVISION OF THE USDC

Pursuant to Northern District Local Rule 3-2(f), Defendants DENNY'S, INC., PROMPT FOOD SERVICE, INC. and FRANK HERNANDEZ (hereinafter "Defendants"), and Plaintiff FLORINE HOLMES hereby stipulate to transfer this case from the Oakland Division of the United States District Court for the Northern District of California to the San Jose Division. This case is an Americans with Disabilities Act ("ADA") accessibility matter subject to General Order 56, and all of the events and property at issue in this case occurred within the border of Santa Clara County.

Local Rule 3-2(e) states that "all civil actions which arises in the counties of Santa Clara . . . shall be assigned to the San Jose Division." Accordingly, since the events and property giving rise to this case all occurred or are located in Santa Clara County, the proper Division of this Court is the San Jose Division. Therefore, the parties respectfully request the case be transferred to the San Jose Division of the United States District Court for the Northern District of California.

Dated: January 15, 2010

_____
PAUL L. REIN
LAW OFFICES OF PAUL REIN
Attorney for PLAINTIFF

Dated: January 15, 2010

_____
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DENNY'S INC., PROMPT FOOD SERVICE, INC. AND FRANK HERNANDEZ

///
///
///
///
///
///

CASE NO. C09-04785      2.

STIPULATION AND ORDER TO TRANSFER CASE TO SAN JOSE DIVISION OF THE USDC

**ORDER**

Good cause cause appearing, the parties' stipulation to transfer this case to the San Jose Division of the United States District Court for the Northern District of California is GRANTED, pursuant to Local Rule 3-2(e). This case shall be transferred and reassigned to a United States District Judge in the San Jose Division.

Dated: 1/21/10

_____
Hon. Saundra Brown Armstrong
United States District Judge

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

CASE NO. C09-04785                3.

STIPULATION AND ORDER TO TRANSFER CASE TO SAN JOSE DIVISION OF THE USDC