IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Florine Holmes, | NO. C 09-04785 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Denny's, Inc., et al., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on June 28, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement. (hereafter, "Statement," Docket Item No. 128.) In their Statement, the parties represent that they have reached a tentative settlement and request a continuance on that ground. (Statement at 1.) Based on the parties' representation, the Court finds it appropriate to provide a brief extension of time to finalize the settlement agreement.

Accordingly, the Court CONTINUES the Case Management Conference to **July 12, 2010 at 10 a.m.** On or before **July 2, 2010**, the parties shall file either a stipulated dismissal of the action or a Joint Case Management Conference Statement providing the Court with an update on the status of their settlement agreement.

Dated: June 24, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Gearinger brian@gearingerlaw.com
Brian Thomas McMillan bmcmillan@littler.com
Celia Louise McGuinness cmcguinness@reinlawoffice.com
Paul Leslie Rein reinlawoffice@aol.com
Todd Kenneth Boyer tboyer@littler.com

**Dated:  June 24, 2010**                                         **Richard W. Wieking, Clerk**

                                                                  **By:      /s/ JW Chambers            **
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**