| | |
|---|---|
| 1 | BRIAN T. McMILLAN, Bar No. 111890 |
| 2 | TODD K. BOYER, Bar No. 203132 |
|   | LITTLER MENDELSON |
| 3 | A Professional Corporation |
|   | 50 W. San Fernando, 15th Floor |
| 4 | San Jose, CA  95113.2303 |
| 5 | Attorneys for Defendants |
|   | DENNY'S, INC., PROMPT FOOD SERVICE, INC. |
| 6 | AND FRANK HERNANDEZ |

PAUL L. REIN
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612

BRIAN GEARINGER
GEARINGER LAW GROUP
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109

ATTORNEYS FOR PLAINTIFF, FLORINE HOLMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FLORINE HOLMES, | Case No.  C09-04785 JW |
|---|---|
| Plaintiff, | **STIPULATED DISMISSAL OF DEFENDANTS DENNY'S, INC., PROMPT FOOD SERVICE, INC. AND FRANK HERNANDEZ AND [PROPOSED] ORDER** |
| v. | |
| DENNY'S INC., PROMPT FOOD SERVICE, INC., CB DEVELOPMENT #5, INC., FRANK HERNANDEZ, AND DOES 1-10, INCLUSIVE, | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the parties to the above-captioned action through their designated counsel that plaintiff FLORINE HOLMES' claims against defendants DENNY'S, INC., PROMPT FOOD SERVICE, INC. AND FRANK HERNANDEZ in the above-captioned action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). However, the Court will retain jurisdiction to enforce previously ordered consent decree.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

STIPULATED DISMISSAL AND PROPOSED ORDER    Case No. C09-04785

Dated: August 3, 2010

Dated: August 3, 2010

*//s// Todd K. Boyer*
TODD K. BOYER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
DENNY'S INC., PROMPT FOOD SERVICE, INC. AND FRANK HERNANDEZ

*//s// Paul L. Rein*
PAUL L. REIN
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
ATTORNEY FOR PLAINTIFF, FLORINE HOLMES

Dated: August 3, 2010

*//s// Brian Gearinger*
BRIAN GEARINGER
GEARINGER LAW GROUP
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109
ATTORNEY FOR PLAINTIFF,
FLORINE HOLMES

## **ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED. The Clerk shall close this file.
Dated: _____August 10_____, 2010

_____
The Honorable James Ware
United States District Judge

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATED DISMISSAL AND PROPOSED ORDER     2.     Case No. C09-04785